HARRY L. WELLER, Respondent, v. THE BEDELL COMPANY OF PITTSBURGH, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

BROOKLYN BOROUGH GAS COMPANY v. PUBLIC SERVICE COMMISSION and Others.— Motion denied without prejudice to plaintiff to apply to the Public Service Commission for the relief sought. (See *Bronx Gas & Electric Co.* v. *Public Service Comm.*, opinion by Page, J. [*ante*, p. 13], handed down herewith.) Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

LORENZ REICH v. ALEXANDER S. COCHRAN and Others, as Executors, etc., and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ROSE TERR, Respondent, v. HARRY TERR, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

JAMES MILNE SMITH, Appellant, v. SPENCER WIRE COMPANY and Others, Respondents.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. JAMES MILNE SMITH, Appellant, v. SPENCER WIRE COMPANY and Others, Respondents.— Motion for stay granted. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

FLOYD Y. FORBES, Respondent, v. UNITED ELECTRIC LIGHT AND POWER COMPANY, Appellant, Impleaded, etc.— Motion denied, without costs, with leave to renew upon notice to all parties. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

ROBERT H. THORBURN, Respondent, v. DELLORA R. GATES, as Executrix, etc., Impleaded, etc., Appellants.— Appeal dismissed, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

FRENCH OVER-SEAS CORPORATION, Respondent, v. FIVE CONTINENTS CORPORATION and Others, Appellants.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

JAMES MILNE SMITH, Appellant, v. SPENCER WIRE COMPANY and Others, Respondents.— Motion for stay granted. Settle order on notice. Present— Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

ISIDORE WEISBERG, Respondent, v. SAMUEL LEWIS and LOUIS ROSENTHAL, Copartners, etc., Appellants.— Judgment and orders as to defendant Lewis affirmed, with costs; judgment as to defendant Rosenthal vacated. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ.

CLYDE POTTS, Respondent, v. CITY OF HORNELL, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ.

WILLIAM MURPHY, as Administrator, etc., of MICHAEL MURPHY, Deceased, Respondent, v. BELT LINE RAILWAY CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ.; Merrell, J., dissenting.

BARTHOLOMEW FITZGERALD, Respondent, v. SCRANTON AND WYOMING